ROBERT A. WARD, as Administrator, etc., of WILLIAM WARD, Deceased, Appellant, v. BOSTON AND MAINE RAILROAD and TROY UNION RAILROAD COMPANY, Respondents.— Judgment affirmed, with costs. All concurred, except Kellogg, P. J., and Lyon, J., who voted for a reversal as to the Boston and Maine Railroad.

MARY W. HAYNES, Appellant, v. ELMIRA WATER, LIGHT AND RAILROAD COMPANY, Respondent.— Sent to the Fourth Department. Sewell, J., not sitting.

LAND AND LAKE ASSOCIATION, Appellant, v. ALLEN CONKLIN, Respondent. — Sent to the Fourth Department. Cochrane, J., not sitting.

LAND AND LAKE ASSOCIATION, Appellant, v. WALTER H. BEARDSLEY, Respondent.— Sent to the Fourth Department. Cochrane, J., not sitting.

EGBERT W. AIKINS, Respondent, v. HENRY W. SEIGEL, Appellant.— Judgment unanimously affirmed, with costs.

WALTER BISSELL, as Administrator, etc., of IRVING BISSELL, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

FRANK S. BRODT, Respondent, v. NEW YORK TELEPHONE COMPANY and ABNER G. SMITH, Appellants.— Judgment and order unanimously affirmed, with costs.

FLORENCE CAFFERTY, Respondent, v. SOUTHERN TIER PUBLISHING COMPANY, Appellant, Impleaded with DANIEL J. KELLY.— Motion denied.

ROBERT M. CHALMERS and Others, Doing Business under the Firm Name and Style of JOHN G. MYERS COMPANY, Respondents, v. FLORENCE I. REYNOLDS, Appellant, and FREDERICK R. BENDER, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Lyon, J., dissenting.

CHARLES E. COURTNEY, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

GEORGE H. CLIFFORD, Respondent, v. VASCO P. ABBOTT, Appellant.— Judgment affirmed, with costs. All concurred, except Kellogg, P. J., dissenting.

ALBERT A. HELLWIG, Respondent, v. CITY OF GLOVERSVILLE, Appellant.— Judgment unanimously affirmed, with costs.